**KATIE L. DINGMAN, a widow, by her next friend, B. D. BRAD-DOCK, v. J. A. ARD, CORA LEE ARD, his wife, et al.**

33 So. (2nd) 718                                    January Term, 1948
January 30, 1948                                         Division A

*J. Ollie Edmunds,* for appellant.

*Katz & Katz,* for J. A. Ard and Cora Lee Ard, his wife, and John Allen Tatem and Vernall Hazel Tatem, his wife, and *Rogers, Towers and Bailey* and *Elmer Norton for* George L. Whitley and Ida E. Whitley, his wife, appellees.

PER CURIAM:

On appeal here we are requested to reverse for enumerated reasons the decree of the Chancellor, which, as shown by a careful study of the record, appears to have been based largely on disputes and conflicts in the ·evidence. We have given all the testimony appearing in the transcript careful consideration; the briefs filed in the cause have been read, and the authorities cited examined. It is our view, and we so hold, that we are not justified, as a matter of law, in interfering with the decree appealed from and accordingly the same is affirmed. See Travis v. Travis, 81 Fla. 309, 87 So. 762; Webb v. Webb, 145 Fla. 267, 199 So. 343; Windham v. Windham, 152 Fla. 362, 11 So. (2nd) 797.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.